O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                 ) | |
|                                                              ) | |
|                        Plaintiff,            ) | SA 08-674M |
|                                                              ) | |
|         v.                                                ) | ORDER OF DETENTION AFTER HEARING |
|                                                              ) | (18 U.S.C. § 3142(i)) |
| OSCAR RODRIGUEZ ROMERO,      ) | |
|                                                              ) | |
|                        Defendant.        ) | |
|  _____) | |

I.

A.  ( ) On motion of the Government involving an alleged

    1.  ( ) crime of violence;

    2.  ( ) offense with maximum sentence of life imprisonment or death;

    3.  ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

        (21 U.S.C. §§  801,/951, et. seq.,/955a);

    4.  ( ) felony - defendant convicted of two or more prior offenses described above.

B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1.  ( X)     serious risk defendant will flee;

    2.  ( ) serious risk defendant will

        a. ( )  obstruct or attempt to obstruct justice;

        b. ( )  threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

<pre> <pre><pre>   <pre><pre>   <pre><pre><pre> <pre><pre>   <pre><pre><pre>    <pre><pre>II.

The Court finds no condition or combination of conditions will reasonable assure:

A. ( X ) appearance of defendant as required; and/or

B. ( ) safety of any person or the community;

III.

The Court has considered:

A. ( x ) the nature and circumstances of the offense;

B. ( x ) the weight of evidence against the defendant;

C. ( x ) the history and characteristics of the defendant;

D. ( ) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because:

B. ( x ) History and characteristics indicate a serious risk that defendant will flee because:

**Defendant is undocumented. He has no ties to the community and no bail resources.**

C. ( ) A serious risk exists that defendant will:

    1. ( ) obstruct or attempt to obstruct justice;

    2. ( ) threaten, injure or intimidate a witness/ juror; because:

D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

///

///

///

///

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR - 94 (02/94)  - 2 -  Page 2 of 3
</pre>

1   IT IS ORDERED that defendant be detained prior to trial.

2   IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3   facility separate from persons awaiting or serving sentences or person held pending appeal.

4   IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5   consultation with his counsel.

8   Dated: December 9, 2008

_____
Marc L. Goldman
U.S. Magistrate Judge